UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2016-02
JUNE 27, 2017 SESSION

FILED
JUN 28 2017
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:17-00118
    8 U.S.C. § 1326(a)

JUAN US-SAJBIN
    a/k/a Juan Sajbin

# I N D I C T M E N T

(Reentry of a Removed Alien)

The Grand Jury Charges:

1. On or about August 6, 2013, defendant JUAN US-SAJBIN, also known as Juan Sajbin, an alien, was convicted in Mahoning County Criminal Court, Canfield, Ohio of the misdemeanor offense of assault, in violation of Ohio Rev. Code Ann. §2903.13, and was subsequently removed from the United States on or about September 26, 2013.

2. On or about May 19, 2017, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia and elsewhere, defendant JUAN US-SAJBIN, also known as Juan Sajbin, was subsequently found in the United States after having been convicted of a misdemeanor and removed from the United

States, and had not obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

                              CAROL A. CASTO
                              United States Attorney

By: _____
         ERIK S. GOES
         Assistant United States Attorney